took no part in the consideration or decision of this petition.

No. 02–8425. IN RE DIXON, 538 U. S. 921;
No. 02–9538. SEARS v. FLORIDA, 538 U. S. 1039; and
No. 02–10518. HACKNEY v. TURNER, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY, 539 U. S. 949. Petitions for rehearing denied.

NOVEMBER 4, 2003

No. 03A390. BROWN v. HEAD, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 03–7224 (03A373). BROWN v. HEAD, WARDEN. Super. Ct. Butts County, Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 6, 2003

No. 03–327. LINCOLNSHIRE MANAGEMENT, INC., ET AL. v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CYBERGENICS CORP., ON BEHALF OF CYBERGENICS CORP., DEBTOR IN POSSESSION. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 03–7330 (03A397). IN RE KEEL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 03–7225 (03A375). KEEL v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Edgecombe County, N. C. Application